# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE CALIX LEDET, JR.,<br>*Petitioner*,<br>vs.<br>DWIGHT NEVEN, *et al.*,<br>*Respondents*. | 3:13-cv-00205-RCJ-VPC<br><br>ORDER |

Petitioner has not timely responded to the prior order (#3) giving him an opportunity to properly commence an action by submitting a habeas petition and satisfying the filing fee requirement. The order stated that failure to fully and timely comply with the order would result in the action being dismissed without further advance notice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: July 30, 2013.

_____
ROBERT C. JONES
Chief United States District Judge