AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

WILLIE CALIX LEDET, JR.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   3:13-cv-00205-RCJ-VPC

DWIGHT NEVEN, et al.,

      Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

July 30, 2013                                                          **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 /s/ K. Rusin
                                                                                 Deputy Clerk